It is so ordered. Plaintiff's individual claims are dismissed with prejudice.  All other claims are dismissed without prejudice.
/s/ John R. Adams
U.S. District Judge
11/22/19

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY FORD, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Case No. 1:19-cv-02150-JRA |
| Plaintiff, | ) ) | **STIPULATION OF** |
| v. | ) ) ) | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |
| DAVID J. D'ANTONI, JOSEPH M. GINGO, JANET PLAUT GIESSELMAN, MICHAEL J. MERRIMAN, JAMES A. MITAROTONDA, ANNE P. NOONAN, STEVEN W. PERCY, LARRY B. PORCELLATO, ALLAN R. ROTHWELL, and WILLIAM R. SEELBACH, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| OMNOVA SOLUTIONS INC., an Ohio Corporation, | ) ) ) | |
| Nominal Party. | ) ) ) ) | |

IT IS HEREBY STIPULATED, by and between plaintiff  Rodney Ford ("Plaintiff"), defendants David J. D'antoni, Joseph M. Gingo, Janet Plaut Giesselman, Michael J. Merriman, James A. Mitarotonda, Anne P. Noonan, Steven W. Percy, Larry B. Porcellato, Allan R. Rothwell, and William R. Seelbach (collectively, the "Individual Defendants"), and nominal defendant OMNOVA Solutions, Inc. ("OMNOVA" or the "Company," collectively with the Individual Defendants, "Defendants," and together with the Plaintiff, the "Parties"), through their respective counsel of record, and pursuant to Rules 23.1(c) and 41(a)(1)(A) of the Federal Rules of Civil Procedure, as follows: